UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICO PERRY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil No. 13-12036-GAO |
| BRUCE GELB, Superintendent | ) ) ) ) | |
| Respondent. | ) ) ) | |

ORDER ON MOTION TO APPOINT COUNSEL AND ESTABLISHING SCHEDULE

February 6, 2014

SOROKIN, C.M.J.

Petitioner has filed his brief on the merits, Docket #11, along with a motion to appoint counsel, Docket #7.  The Motion to Appoint Counsel is DENIED WITHOUT PREJUDICE.

Respondent has now moved to dismiss the petition contending that (1) Petitioner failed to exhaust Grounds Six and Seven of the Petition by, at least, failing to raise these issues before the Supreme Judicial Court, and (2) as a result the Petition is a "mixed" petition composed of exhausted and unexhausted claims which the Court should dismiss.  Docket #29 at 11-12.  Petitioner shall respond to the Motion to Dismiss by February 24, 2014.

    /s/ Leo T. Sorokin
Leo T. Sorokin
Chief U.S. Magistrate Judge